UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEAN SHARKEY, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: |
| v. | )   . | |
| | ) | |
| TRIPLE F FISHERIES, LLC | ) | |
| Defendant. | ) | |

## PLAINTIFF, SEAN SHARKEY'S COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1.    The Plaintiff, Sean Sharkey, resides at 6 Squannacook Terrace, Townsend, MA.

2.    The Defendant, Triple F Fisheries, is/was at all relevant times a duly organized business entity existing under the laws of Maine and residing at 207 Sedona Way, Palm Beach Gardens Florida and doing business in Massachusetts.

3.    At all relevant times, "Triple F Fisheries, LLC" owned, operated and/or controlled the F/V Reliance vessel.

### JURISDICTION

4.    This is a case of maritime jurisdiction pursuant to 46 U.S.C. 30104 and 28 U.S.C. § 1333.

5.    This Court has personal jurisdiction over Defendant because Defendant purposefully availed itself of the benefits, profits and privileges deriving from its business activities in

the Commonwealth of Massachusetts and the Plaintiff's injuries, as alleged herein, occurred in Gloucester, Massachusetts and arise from Defendant's business activities within the Commonwealth of Massachusetts.

## FACTUAL ALLEGATIONS

6.     On or about May 18, 2021 Sean Sharkey was employed by the defendant as a seaman and member of the crew of the F/V Reliance.

7.     On or about May 18, 2021 while the F/V Reliance was in navigable waters and while the Plaintiff was in the exercise of due care and in the performance of his duties, he sustained severe and painful personal injuries.

## COUNT ONE
### *Jones Act - Negligence*

8.     Paragraphs 1-6 are incorporated herein by reference.

9.     The injuries sustained by the plaintiff were not caused by any fault on his part, but were caused by the negligence of Defendant, Triple F. Fisheries, LLC, its agents, or servants or employees as follows:

   a.   failure to use due care to provide and maintain a seaworthy vessel with safe and proper appliances;

   b.   failure to use due care to make reasonable and periodic inspection of said vessel, its equipment and appliances;

c.  failure to use due care to furnish the plaintiff with a reasonably safe place in which to perform his work;

d.  failure and negligence of fellow employees;

e.  failure of the captain, officers, crew, and/or agents of the defendant to provide seaworthy equipment; and

f.  failure and negligence in other respects that will be shown at the trial.

10.  As a result of said injuries, Sean Sharkey has suffered great pain of body and anguish of mind, has been prevented from performing his usual duties and from working, incurred medical and hospital expenses, and has suffered and will suffer other damages that will be shown at trial.

11.  This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act. 46 U.S.C § 30104.

## REQUEST FOR RELIEF

For these reasons, the plaintiff demands as follows:

1.  That this court enter judgment in his favor against the defendant for monetary damages.

That this court enter such other and further relief as it deems appropriate.

## COUNT TWO
*General Maritime Law- Unseaworthiness*

12.     Paragraphs 1-10 are adopted by reference.

13.     The injuries sustained by Sean Sharkey were caused by the unseaworthiness of the defendant's vessel, its appliances, appurtenances and equipment.

14.     As a result of said injuries, the plaintiff has suffered great pain of body and anguish of mind, has lost and continues to lose time from his usual duties and from working, incurred medical and hospital expenses, and has suffered and will continue to suffer other damages that will be shown at trial.

15.     This cause of action is brought under the General Maritime Law based upon unseaworthiness.

## REQUEST FOR RELIEF

For these reasons, the plaintiff demands as follows:

1.      That this court enters judgment in his favor against the defendant for monetary damages.

2.      That this court enters such other and further relief as it deems appropriate.

## COUNT THREE
*General Maritime Law- Maintenance and Cure*

16.     Paragraphs 1-14 are adopted by reference.

17.     As a result of his injuries, Sean Sharkey has incurred expenses for his maintenance and

cure and will continue to do so.

### REQUEST FOR RELIEF

For these reasons, the plaintiff demands as follows:

1.     That this court enters judgment in his favor against the defendant for monetary

damages.

2.     That this court enters such other and further relief as it deems appropriate.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS

Respectfully submitted
By his attorney,

/s/ Christopher N. Hug, Esquire
Christopher N. Hug, Esquire
BBO#: 546960
Law Offices of Christopher Hug, PC
One State Street, Suite 1050
Boston, MA 02109
(617) 227-0400
hug873@msn.com